585 A.2d 404

STATE OF NEW JERSEY v. LUIS DEL ORBE.

October 30, 1990.

Petition for certification denied.

585 A.2d 404

STATE OF NEW JERSEY v. JEROME DELOACH.

October 30, 1990.

Petition for certification denied.

585 A.2d 405

STATE OF NEW JERSEY v. JULIUS MORRIS.

October 30, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 532, 577 *A.*2d 852)

585 A.2d 405

STATE OF NEW JERSEY v. THOMAS HARDY.

October 30, 1990.

Petition for certification denied.

585 A.2d 405

STATE OF NEW JERSEY v. JAMES LEE.

October 30, 1990.

Petition for certification denied.